```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                  HOT SPRINGS DIVISION
```

In Re: Cheryl A. Reagan, Debtor                Case No: 6:04BK77590B
                                                        6:08-ap-7158

                                               Chapter 11

FREDERICK S. WETZEL, III, Trustee
and G. LATTA BACHELOR, III, successor
Personal Representative of the ESTATE
OF RONALD E. REAGAN, DECEASED                              APPELLANTS

v.                      CASE NO. 09-CV-6075

REGIONS BANK and
CHERYL A. REAGAN                                            APPELLEES

## **J U D G M E N T**

For reasons set forth in the Memorandum Opinion, filed contemporaneously herewith, the judgment of the United States Bankruptcy Court is **AFFIRMED**.

IT IS SO ORDERED this 15th day of April 2010.

                                    */s/ Robert T. Dawson*
                                    Honorable Robert T. Dawson
                                    United States District Judge